## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-05349 |
| OHCMC-OSWEGO, LLC,[1] ) | Chapter 11 |
| ) | |
| Debtor. ) | Hon. Carol A. Doyle |
| ) | |
| ) | Hearing Date: February 18, 2015 at 10:00 a.m. |

**NOTICE OF FIRST INTERIM AND FINAL FEE APPLICATION OF
CBRE, INC. AS REAL ESTATE BROKER FOR THE DEBTOR**

To:   Service List

PLEASE TAKE NOTICE that on January 23, 2015, CBRE, Inc. ("*CBRE*") as real estate broker for OHCMC-Oswego, LLC (the "*Debtor*"), filed its *First Interim and Final Fee Application of CBRE, Inc. as Real Estate Broker for the Debtor* (the "*Final Fee Application*") with the United States Bankruptcy Court for the Northern District of Illinois.  Through the Final Fee Application, CBRE seeks entry of an order (a) for allowance and final approval of $445,000 in compensation for broker services rendered by CBRE to the Debtor for the period of May 29, 2014 through January 15, 2015 (the "*Fee Application Period*"), and (b) authorizing and directing payment of compensation to CBRE in the amount of $445,000.

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Final Fee Application will take place before the Honorable Carol A. Doyle of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, or whomever may be sitting in her place and stead, at 219 South Dearborn Street, Courtroom 742, Chicago, Illinois on February 18, 2015, at 10:00 a.m.

Objections, if any, to the relief requested in the Final Fee Application must be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois prior to the hearing on the Final Fee Application.

At the same time, you should also serve a copy of the objection upon the following so as to be received prior to the hearing on the Final Fee Application: Freeborn & Peters LLP, 311 South Wacker Dr., Suite 3000, Chicago, Illinois 60606 (Attn:  Richard S. Lauter).

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1]   The last four digits of the Debtor's federal tax identification number are 8084.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 14-05349 |
| OHCMC-OSWEGO, LLC,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Hon. Carol A. Doyle |
| | ) |
| | ) Hearing Date: February 18, 2015 at 10:00 a.m. |

**CERTIFICATE OF SERVICE**

I, Richard S. Lauter, an attorney, hereby certify that on January 23, 2015, I caused the attached *Notice of Application* and the *First Interim and Final Fee Application of CBRE, Inc. as Real Estate Broker for the Debtor* to be filed with the Court and served upon the following parties by the manner listed.

/s/ Richard S. Lauter

**SERVICE LIST**

**CM/ECF Service List**

| | |
|---|---|
| Michael T. Benz | benz@chapman.com |
| Kurt M. Carlson | kcarlson@carlsondash.com |
| James M. Crowley | jcrowley@crowleylamb.com |
| Joseph D. Frank | jfrank@fgllp.com |
| Patrick S. Layng | USTPRegrion11.ES.ECF@usdoj.gov |
| Gina Lavarda | lavarda@chapman.com |
| Francis J. Pendergast, III | fpendergast@crowleylamb.com |
| John F. Sullivan | jsullivan@crowleylamb.com |

**First Class Mail Service List**

Camille O Hoffman
7 S. 251 Olesen Drive
Naperville, IL 60540

DCWGPC & B, Ltd.
c/o Kevin M. Gensler, Regd. Agent
111 East Jefferson Avenue
Naperville, IL 60540

---

[1] The last four digits of the Debtor's federal tax identification number are 8084.

Edward Reagan, Receiver
Safe Harbor Realty LLC
687 North Milwaukee Avenue
Chicago, IL 60642

Jennifer Bartell
2621 Wooley Road
Oswego, IL 60543

Kendall County Collector
111 W Fox Street
Yorkville, IL 60560

Kendall County Treasurer
Attn: Jill Ferko
111 W. Fox Street, Room 114
Yorkville, IL 60560

Michael D. Steffes
9305 Ashley Road
Morris, IL 60450

OHCMC, LLC
7 South 251 Olesen Lane
Naperville, IL 60540

Oliver Hoffmann Corp
3108 S Rt 59 Ste 124-373
Naperville, Il 60564

Oliver-Hoffmann Corporation
c/o Camille O. Hoffmann, Regd Agent
7 S. 251 Olesen Drive
Naperville, IL 60540

Prime Meridian Insurance Group, Ltd
c/o Edward J. Boltz
2700 International Drive
West Chicago, IL 60185

Schoppe Design Associates, Inc.
Attn Mike Schoppe
126 South Main Street
Oswego, IL 60543

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 14-05349 |
| OHCMC-OSWEGO, LLC,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Hon. Carol A. Doyle |
| | ) |
| | ) Hearing Date: February 18, 2015 at 10:00 a.m. |

**FIRST INTERIM AND FINAL FEE APPLICATION OF**
**CBRE, INC. AS REAL ESTATE BROKER FOR THE DEBTOR**

OHCMC-Oswego, LLC (the "*Debtor*"), by and through its undersigned counsel, hereby submits the *First Interim and Final Fee Application of CBRE, Inc. as Real Estate Broker for the Debtor* (the "*Final Fee Application*") and requests: (a) allowance and final approval of $445,000 in compensation for real estate broker services rendered by CBRE, Inc. ("*CBRE*"), as real estate broker for the period of May 29, 2014 through January 15, 2015 (the "*Fee Application Period*"); and (b) authorization to pay CBRE compensation in the amount of $445,000.

**JURISDICTION AND VENUE**

1.     The Court has jurisdiction over this matter pursuant to sections 1334 and 157(a) of title 28 of the United States Code and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.  This is a core proceeding pursuant to section 157(b)(2) of title 28 of the United States Code.  Venue is proper in this district pursuant to sections 1408 and 1409 of title 28 of the United States Code.

2.     The statutory predicates for the relief requested herein are sections 330, 331, 503(b), and 507(a)(1) of title 11 of the United States Code (the "*Bankruptcy Code*"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and Rule 5082-1 of the

4

Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "*Local Rules*").

## BACKGROUND

3. On February 19, 2014 (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois.

4. No trustee, examiner or creditors' committee has been appointed in the Debtor's chapter 11 case.

5. On May 29, 2014, the Court entered an order (the "*Employment Order*") authorizing the Debtor to employ CBRE as its real estate broker to market and sell certain real property pursuant to the terms of the parties' agreement.

6. Pursuant to the Employment Order, CBRE is to be compensated in the form of a commission of four percent (4%) of the gross sale price or exchange value of the Debtor's real estate assets.

7. On September 18, 2014, the Court entered an order approving the Disclosure Statement With Respect to Debtor's Modified Plan of Liquidation Dated June 30, 2014 (the "*Disclosure Statement*") and confirming the Debtor's Modified Plan of Liquidation Dated June 30, 2014 (the "*Plan*").

8. On or about October 31, 2014, the Debtor sold its real estate assets to REO Funding Solutions V, LLC for the gross purchase price of $11,125,000.00.

9. CBRE has not previously sought interim compensation in this case.

---

[1] The last four digits of the Debtor's federal tax identification number are 8084.

**RELIEF REQUESTED**

10.     This Final Fee Application reflects services rendered by CBRE to the Debtor in connection with the marketing and sale of the Debtor's real property.  By this Final Fee Application, CBRE respectfully requests the entry of an order: (1) allowing CBRE $445,000 in compensation for the Fee Application Period as a chapter 11 administrative expense of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code; and (2) authorizing payment to CBRE in the amount of $445,000, representing all unpaid amounts owing to CBRE on account of services rendered during the Fee Application Period.

**COMPENSATION FOR PROFESSIONAL SERVICES**

11.     Section 330(a) of the Bankruptcy Code governs compensation of professionals that work on behalf of a chapter 11 estate and provides that the Court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including:

(1)     The time spent on such services;

(2)     The rates charged for such services;

(3)     Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of a case under this title;

(4)     Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

(5)     Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

12. CBRE rendered substantial and valuable professional services to the Debtor that benefitted the estate. The Debtor submits that CBRE's services were provided with the requisite level of skill and were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problems, issues, and tasks addressed.

13. Pursuant to the Employment Order, CBRE is permitted to receive a four percent (4%) commission on the sale of the Debtor's real estate assets. On or about October 30, 2014, the Debtor sold its real estate assets to REO Funding V, LLC for $11,125,000.00, entitling CBRE to a commission of $445,000 ($11,125,000 * 4%).

## **BENEFIT TO THE ESTATE**

14. CBRE acted diligently to market and sell the Debtor's real estate assets for the benefit of the Debtor's creditors. The Debtor submits that CBRE's services set forth herein benefited the estate and creditors by ensuring that the Debtor's assets were marketed properly and sold for reasonable market value under the circumstances.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order:

(a) allowing CBRE, on a final basis, $445,000 in compensation for the Fee Application Period as a chapter 11 administrative expense of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code;

(c) authorizing payment to CBRE of $445,000, representing all unpaid amounts owing to CBRE on account of the Final Fee Application; and

(e) granting such other and further relief as the Court deems just and proper.

Dated: January 23, 2015 **FREEBORN & PETERS LLP**

By: /s/ Richard S. Lauter
   One of Its Attorneys

David C. Gustman
Richard S. Lauter
Devon J. Eggert
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312-360-6000
Facsimile: 312-360-6520

*Counsel to the Debtor*