UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>OHCMC-OSWEGO, LLC<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   14-05349<br><br>Chapter: 11<br>Honorable Carol A. Doyle<br><br>SELECT IF OUTLYING AREA |

**ORDER GRANTING MOTION FOR FINAL DECREE
PURSUANT TO SECTION 350(a) AND BANKRUPTCY RULE 3022
AND APPROVAL OF SHORTENED AND LIMITED NOTICE**

Upon consideration of the motion (the "Motion") of OHCMC-Oswego, LLC (the "Debtor"), debtor in the above-captioned case, for entry of an order of final decree closing this chapter 11 bankruptcy case pursuant to 11 U.S.C. § 350(a) and Bankruptcy Rule 3022; due and proper notice of this Motion having been given, and after due deliberation and sufficient cause appearing therefor;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The shortened and limited notice requested in the Motion is approved.

3. The case is hereby closed.

Enter:

Dated: 6/11/15

United States Bankruptcy Judge

**Prepared by:**
Richard S. Lauter
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606

Rev: 20130104_bko